UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BELTRAN,<br><br>           Plaintiff,<br><br>   v.<br><br>PEOPLEREADY, INC., et al.,<br><br>           Defendants. | Case No. 23-cv-00179-WHO<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |

In light of the Order Sending Case to Arbitration, the Clerk shall administratively close the file. This Order shall not be considered a dismissal or disposition of this action against any party. If further proceedings become necessary, any party may initiate them in the same manner as if this Order had not been entered.

**IT IS SO ORDERED.**

Dated: August 28, 2024



William H. Orrick
United States District Judge